DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAY DESAMOUR,**
Appellant,

v.

**JPMORGAN CHASE BANK, N.A.,**
Appellee.

No. 4D2026-0494

[August 13, 2026]

Appeal of nonfinal order from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; M. Katherine Mullinax, Judge; L.T. Case No. 502025CC016265XXXAMB.

Ray DeSamour, West Palm Beach, pro se.

Charles Brumby of Homer Bonner Jacobs Ortiz, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***